THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VOLUNTEER RESCUE ARMY, INC., HATTIE M. EBY and NATHANIEL F. EBY, Apellants.— No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

IRVING N. SIDMAN, Appellant, v. MANIE SIDMAN et al., Respondents.— No opinion. [See 266 App. Div. 862.] Present — Hagarty, Johnston, Adel, Taylor and Lewis, JJ.

HARRY SIMONS, Appellant, v. MANHATTAN SAVINGS INSTITUTION, Respondent, et al., Defendants.— The respondent-landlord may not be cast in damages under the proof adduced. The platform was erected by the tenant after it took possession of the premises under the lease. It was erected upon the sidewalk, over which the landlord had no control. Ownership and control were in the city of New York. The fact that the landlord had the right under the lease to re-enter and make repairs does not affect the conclusion. (*Tagg* v. *Senner,* 277 N. Y. 692.) Present — Hagarty, Johnston, Adel, Taylor and Lewis, JJ.

ROBERT L. TILFORD, Appellant and Respondent, v. EDMUND A. SCHRANG et al., Respondents and Appellants.— Present — Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

## (February 17, 1943.)

In the Matter of GEORGE FREDERICK DYCHE for Admission to Practice as an Attorney and Counselor at Law. (From the State of Illinois.) Present — Close, P. J., Johnston, Adel, Taylor and Lewis, JJ.